UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
CENTRAL DIVISION -- LEXINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>    Plaintiff,<br><br>V.<br><br>WILLIAM SEAN FAISON,<br>    Defendant. | CRIMINAL ACTION NO. 5:09-135-KKC<br><br><br>**MEMORANDUM OPINION AND ORDER** |

This matter is before the Court on the defendant's motion for a sentence reduction (DE 816) based on Amendment 782 to the United States Sentencing Guidelines. The amendment reduces by two the offense levels assigned in the Drug Quantity Table, U.S.S.G. § 2D1.1, resulting in lower guideline ranges for most drug trafficking offenses.

The defendant pleaded guilty to two charges, one of which was a drug trafficking offense but the other charge was conspiring to commit money laundering. (DE 592, Judgment). The Court sentenced the defendant to 132 months of imprisonment on each count to run concurrently.

The defendant's 132-month sentence on the money-laundering conviction has not been affected by Amendment 782. For these reasons, the Court hereby ORDERS that the defendant's motion for a sentence reduction (DE 816) is DENIED.

The defendant also asks for an expedited ruling on his motion for a sentence reduction. The Court hereby ORDERS that this motion is DENIED as moot, the Court having now ruled on the motion for a sentence reduction.

 Dated April 16, 2015.

KAREN K. CALDWELL, CHIEF JUDGE
UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY