UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
CENTRAL DIVISION -- LEXINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>    Plaintiff,<br><br>V.<br><br>WILLIAM SEAN FAISON,<br>    Defendant. | CRIMINAL ACTION NO. 5:09-135-KKC<br><br><br>**MEMORANDUM OPINION AND ORDER** |

By prior opinion and order (DE 817), this Court denied the defendant's motion for a sentence reduction (DE 816) based on Amendment 782 to the United States Sentencing Guidelines. The amendment reduces by two the offense levels assigned in the Drug Quantity Table, U.S.S.G. § 2D1.1, resulting in lower guideline ranges for most drug trafficking offenses. For the following reasons, the Court sets aside its prior order (DE 817) but nonetheless declines to amend the defendant's sentence which is already below even his amended guideline range.

The defendant pleaded guilty to two charges, one of which was a drug trafficking offense and the other was conspiring to commit money laundering. (DE 678, Judgment). The Court sentenced the defendant to 132 months of imprisonment on each count to run concurrently.

In a prior opinion, this Court determined that, because the defendant's sentence was based on the money-laundering guidelines and not the Drug Quantity Table in Section 2D1.1 of the sentencing guidelines, he was not eligible for a sentence reduction. That ruling is not correct. The base offense level for money laundering is the offense level for the underlying offense from which the laundered funds were derived. U.S.S.G. § 2S1.1(a). In this case, the underlying offense was conspiring to distribute oxycodone and methadone. The offense level for that crime is derived from the Drug Quantity Table and was reduced two levels by Amendment 782.

Thus, the defendant's sentence was "based on a sentencing range that has subsequently been lowered by the Sentencing Commission," 18 U.S.C. § 3582(c)(2). Nevertheless, the Court declines to amend the defendant's sentence. The defendant's original sentencing range was 168 to 210 months. His amended guideline range is 135 to 168 months. The Court sentenced the defendant to 132 months, an amount below the amended guideline range. The Court sees no reason to reduce it further.

For all these reasons, the Court hereby ORDERS that the Court's Opinion and Order dated April 16, 2015 (DE 817) is SET ASIDE and the defendant's motion to reduce his sentence (DE 816) is DENIED.

Dated May 7, 2015.

KAREN K. CALDWELL, CHIEF JUDGE
UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY