UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
CENTRAL DIVISION -- LEXINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>    Plaintiff,<br><br>V.<br><br>WILLIAM SEAN FAISON,<br>    Defendant. | CRIMINAL ACTION NO. 5:09-135-KKC<br><br>**OPINION AND ORDER** |

    This matter is before the Court on the defendant's motion for reconsideration (DE 823). The defendant asks this Court to reconsider the defendant's motion to reduce his sentence based on Amendment 782 to the United States Sentencing Guidelines. The amendment reduces by two the offense levels assigned in the Drug Quantity Table, U.S.S.G. § 2D1.1, resulting in lower guideline ranges for most drug trafficking offenses.

    The defendant pleaded guilty to two charges, one of which was a drug trafficking offense and the other was conspiring to commit money laundering. (DE 678, Judgment). There was no written plea agreement. The defendant's original sentencing range was 168 to 210 months. The Court sentenced him to 132 months of imprisonment on each count to run concurrently. As the Court explained in its prior order, the defendant's sentence is below even his amended guidelines range of 135 to 168 months. For this reason, the Court declined to reduce the defendant's sentence any further.

    On reconsideration, the Court has again considered all of the applicable factors set forth in 18 U.S.C. § 3553(a) and is persuaded that the defendant should be awarded a reduction below the low end of his amended guideline range proportionate to the reduction he received below the low end of his original guideline range. This crime is a serious one that has caused incalculable damage to individuals, families, and communities. The Court continues to be

impressed, however, by the defendant's recognition of the wrongfulness of his actions and his acceptance of responsibility for them. Further, the Court is impressed by the defendant's considerable efforts at rehabilitation through various educational and vocational programs in prison and his apparent resolve to devote himself to legitimate work and to his family after his release from prison.

For all these reasons, the Court hereby ORDERS that the defendant's motion for reconsideration (DE 823) is GRANTED and his sentence will be reduced to 106 months.

This day, June 18, 2015.

KAREN K. CALDWELL, CHIEF JUDGE
UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY